395 A.2d 979

Commonwealth ex rel. Shapiro v. Shapiro, Appellant.

Argued September 11, 1978.  Herbert R. Weiman, for appellant;  Mary Bell Hammerman, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.